[No. 9533–5–II.  Division Two.  August 17, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. AARON P. CHEVALLY, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Pacific County, No. 85–1–00060–7, Herbert E. Wieland, J., entered January 24, 1986. *Affirmed* by unpublished opinion per Strophy, J. Pro Tem., concurred in by Dolliver and Kruse, JJ. Pro Tem.

[No. 9267–1–II.  Division Two.  August 17, 1987.]

*In the Matter of the Marriage of* JANET MARIE GOOCH, *Respondent, and* CARLYLE JACKSON GOOCH, JR., *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 283417, J. Kelley Arnold, J., entered September 27, 1985. *Affirmed* by unpublished opinion per Strophy, J. Pro Tem., concurred in by Dolliver and Kruse, JJ. Pro Tem.

[No. 9797–4–II.  Division Two.  August 17, 1987.]

DOUBLE J CONTRACTING, INC., *Respondent,* v. MICHELIN TIRE CORPORATION, *Appellant.*

Appeal from a judgment of the Superior Court for Lewis County, No. 83–2–00122–4, Dale M. Nordquist, J., entered April 10, 1986. *Affirmed* by unpublished opinion per Stone, J. Pro Tem., concurred in by Casey and Goodloe, JJ. Pro Tem.